B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Maine Center, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>36-2616713 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>819 Busse Highway<br>Park Ridge, IL<br>ZIP Code 60068-2360 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Maine Center, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: – None – | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>– None – | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>　Signature of Attorney for Debtor(s)　　　　(Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>　☐ Yes, and Exhibit C is attached and made a part of this petition.<br>　■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>　　_____<br>　　(Name of landlord that obtained judgment)<br><br><br>　　_____<br>　　(Address of landlord)<br><br>☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Maine Center, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Gus A. Paloian
Signature of Attorney for Debtor(s)

Gus A. Paloian 06188186
Printed Name of Attorney for Debtor(s)

Seyfarth Shaw LLP
Firm Name

131 South Dearborn
Suite 2400
Chicago, IL 60603
Address

312-460-5000
Telephone Number

April 29, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Frances Hook Hume
Signature of Authorized Individual

Frances Hook Hume
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

April 29, 2015
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Maine Center, Inc.
                                 Debtor(s)
Case No.
Chapter     7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| AIS<br>6428 Joliet Road<br>Suite 100<br>La Grange, IL 60525 | AIS<br>6428 Joliet Road<br>Suite 100<br>La Grange, IL 60525 | Ph.<br>800-843-6154 | Unliquidated | 14,500.44 |
| Billingham, David LCSW<br>4023 LeClaire Ave.<br>Chicago, IL 60641 | Billingham, David LCSW<br>4023 LeClaire Ave.<br>Chicago, IL 60641 | Accrued<br>Vacation | Unliquidated | 5,356.87 |
| Chase<br>P.O. Box 6026<br>Mailcode IL1-0054<br>Chicago, IL 60680-6026 | Chase<br>P.O. Box 6026<br>Mailcode IL1-0054<br>Chicago, IL 60680-6026 | Ph.<br>800-242-7338 | Unliquidated | 99,317.00 |
| CMS Local Government<br>Health Plan AR<br>Shared Service Center<br>CMS Acct. Rec<br>P.O. Box 7199<br>Springfield, IL<br>62791-7199 | CMS Local Government Health<br>Plan AR<br>Shared Service Center CMS<br>Acct. Rec<br>P.O. Box 7199<br>Springfield, IL 62791-7199 | Ph.<br>217-782-2548 | Unliquidated | 30,672.00 |
| Craig and Associates<br>300 Dundee Road<br>Suite 321<br>Northbrook, IL 60062 | Craig and Associates<br>300 Dundee Road<br>Suite 321<br>Northbrook, IL 60062 | Ph.<br>847-272-0130 | Unliquidated | 14,375.00 |
| Department of Human<br>Services IL<br>100 South Grand Avenue<br>East<br>Springfield, IL 62762 | Department of Human Services<br>IL<br>100 South Grand Avenue East<br>Springfield, IL 62762 | Ph.<br>708-352-7050 | Disputed | 102,335.13 |
| Drechsler, Deanne<br>122 S. East Ave<br>Unit GN<br>Oak Park, IL 60302 | Drechsler, Deanne<br>122 S. East Ave<br>Unit GN<br>Oak Park, IL 60302 | Accrued<br>Vacation | Unliquidated | 3,862.84 |
| First Midwest Bank<br>P.O. Box 565<br>Joliet, IL 60434 | First Midwest Bank<br>P.O. Box 565<br>Joliet, IL 60434 | Ph.<br>800-221-5920<br>00000328-000000<br>00 | Unliquidated | 7,568.00 |
| Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | Accrued<br>Vacation | Unliquidated | 9,953.46 |
| Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | Salary | Unliquidated | 3,388.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Maine Center, Inc.                   Case No. _____

               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | Salary | Unliquidated | 3,000.00 |
| Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | Accrued Vacation | Unliquidated | 6,376.00 |
| Koral Maintenance<br>2016 Sullivan Ct.<br>Chicago, IL 60656 | Koral Maintenance<br>2016 Sullivan Ct.<br>Chicago, IL 60656 | Ph.<br>847-290-8159 | Unliquidated | 5,820.00 |
| Koziol, Dr. Don<br>1300 Somerset Dr.<br>Glenview, IL 60025 | Koziol, Dr. Don<br>1300 Somerset Dr.<br>Glenview, IL 60025 | Salary | Unliquidated | 2,894.72 |
| Maxwell, Martin<br>427 Sherman Ave.<br>Evanston, IL 60202 | Maxwell, Martin<br>427 Sherman Ave.<br>Evanston, IL 60202 | Salary | Unliquidated | 2,442.30 |
| Philadelphia Insurance Companies<br>P.O. Box 70251<br>Philadelphia, PA 17176-0251 | Philadelphia Insurance Companies<br>P.O. Box 70251<br>Philadelphia, PA 17176-0251 | Ph.<br>877-438-7459 | Unliquidated | 2,900.24 |
| Plummer, Susan<br>322 Concord Square<br>Gurnee, IL 60031 | Plummer, Susan<br>322 Concord Square<br>Gurnee, IL 60031 | Accrued Vacation | Unliquidated | 2,961.71 |
| Trivanovic, Dragana<br>814 Forestview<br>Park Ridge, IL 60068 | Trivanovic, Dragana<br>814 Forestview<br>Park Ridge, IL 60068 | Accrued Vacation | Unliquidated | 3,381.98 |
| US Bank<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258-4002 | US Bank<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258-4002 | 800-328-5371 | Unliquidated | 2,440.16 |
| Vannerson, Erika<br>631 Busse Hwy<br>Apt. 2B<br>Park Ridge, IL 60068 | Vannerson, Erika<br>631 Busse Hwy<br>Apt. 2B<br>Park Ridge, IL 60068 | Accrued Vacation | Unliquidated | 5,158.46 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 29, 2015               Signature   /s/ Frances Hook Hume
                                                     Frances Hook Hume
                                                     CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re     Maine Center, Inc.                                    ,     Case No. _____

                                    Debtor

                                                      Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 460,000.00 | | |
| B - Personal Property | Yes | 3 | 184,363.61 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 352,347.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 9 | | 68,499.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 304,002.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 644,363.61 | | |
| Total Liabilities | | | | 724,849.96 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Maine Center, Inc. _____,    Case No. _____

_____ Debtor    Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    Maine Center, Inc.                      ,    Case No. _____

                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 819 Busse Highway Park Ridge, IL  60068-2360 | Mortgage - Office Building | – | 460,000.00 | 352,347.84 |

|  |  | Sub-Total > | 460,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | 460,000.00 |  |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re   Maine Center, Inc.                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - First Midwest Bank 0574600094 | – | 559.45 |
| | | Checking - BMO Harris Bank 4817518340 | – | 1,740.67 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Com Edison 7/2/2014 Acct #1957797000 | – | 1,995.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        4,295.12
(Total of this page)

  2    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Maine Center, Inc.                                           ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Client A/R (see attached) | – | 25,924.43 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          25,924.43
(Total of this page)

Sheet ___1___ of ___2___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Maine Center, Inc.                                  ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture | – | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Desktop PCs - 34 Servers - 4 | – | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | State of Illinois Court Claims - Claim No. 14-CC-3135; Maine Center, Inc. v. Department of Human Resources | – | 144,144.06 |

Sub-Total >     154,144.06
(Total of this page)

Total >     184,363.61

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    Maine Center, Inc.                                   ,    Case No. _____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 00000600435-47882 | | | | | 7/15/02 | | | | | |
| First Midwest Bank Special Assets One Pierce Place, Suite 1500 Itasca, IL 60143 | | | - | | Mortgage - Office Building 819 Busse Highway Park Ridge, IL  60068-2360 | | X | | | |
| | | | | | Value $            460,000.00 | | | | 352,347.84 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 352,347.84 | 0.00 |
| | Total (Report on Summary of Schedules) | 352,347.84 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    Maine Center, Inc.                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_8_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    Maine Center, Inc. _____ ,      Case No. _____

                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Billingham, David LCSW 4023 LeClaire Ave. Chicago, IL 60641 | – | | Salary | | X | | 2,072.70 | 0.00 | 2,072.70 |
| Account No. | | | 4/3/15 | | | | | | |
| Billingham, David LCSW 4023 LeClaire Ave. Chicago, IL 60641 | – | | Accrued Vacation | | X | | 5,356.87 | 0.00 | 5,356.87 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Burgess, Tiffany 1372 Fargo Ave. Unite E Des Plaines, IL 60018 | – | | Salary | | X | | 924.00 | 0.00 | 924.00 |
| Account No. | | | 4/3/15 | | | | | | |
| Burgess, Tiffany 1372 Fargo Ave. Unite E Des Plaines, IL 60018 | – | | Accrued Vacation | | X | | 1,575.21 | 0.00 | 1,575.21 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Chasnov, Jill 4160 Ridgeland Lane Northbrook, IL 60062 | – | | Salary | | X | | 126.99 | 0.00 | 126.99 |

Sheet  1   of  8   continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   10,055.77   10,055.77

B6E (Official Form 6E) (4/13) - Cont.

In re    Maine Center, Inc.                                        ,    Case No. _____

_____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Drechsler, Deanne 122 S. East Ave Unit GN Oak Park, IL 60302 | - | | Salary | | X | | 1,495.90 | 0.00 | 1,495.90 |
| Account No. | | | 4/3/15 | | | | | | |
| Drechsler, Deanne 122 S. East Ave Unit GN Oak Park, IL 60302 | - | | Accrued Vacation | | X | | 3,862.84 | 0.00 | 3,862.84 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Easter, Susan 8306 Grand River Grove, IL 60717 | - | | Salary | | X | | 418.00 | 0.00 | 418.00 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | | |
| Elliott, Amanda 1211 Evergreen Ave Des Plaines, IL 60016 | - | | Salary | | X | | 1,345.40 | 0.00 | 1,345.40 |
| Account No. | | | 4/3/15 | | | | | | |
| Elliott, Amanda 1211 Evergreen Ave Des Plaines, IL 60016 | - | | Accrued Vacation | | X | | 1,262.64 | 0.00 | 1,262.64 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

8,384.78          8,384.78

B6E (Official Form 6E) (4/13) - Cont.

In re  Maine Center, Inc. _____,    Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Fortin, Ilene<br>10315 Lyndale<br>Apt. B107<br>Melrose Park, IL 60164 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 136.64 | 0.00 | 136.64 |
| **Account No.**<br><br>Hanson, Kathy<br>218 N. Merrill<br>Park Ridge, IL 60068 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 677.04 | 0.00 | 677.04 |
| **Account No.**<br><br>Hanson, Kathy<br>218 N. Merrill<br>Park Ridge, IL 60068 | | – | 4/3/15<br><br>Accrued Vacation | | X | | 776.66 | 0.00 | 776.66 |
| **Account No.**<br><br>Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 3,388.00 | 0.00 | 3,388.00 |
| **Account No.**<br><br>Hook Hume, Frances<br>2840 Duffy Lane<br>Deerfield, IL 60015 | | – | 4/3/15<br><br>Accrued Vacation | | X | | 9,953.46 | 0.00 | 9,953.46 |

Sheet _3_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 14,931.80 | 14,931.80 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Maine Center, Inc. _____,    Case No. _____

                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY<br>AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/21/15 - 4/3/15 | | | | | |
| Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | | - | Salary | | X | | | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. | | | 4/3/15 | | | | | |
| Jonsson, Martina<br>1648 N. Wolcott Ave<br>Apt. 1F<br>Chicago, IL 60622 | | - | Accrued Vacation | | X | | | 0.00 |
| | | | | | | | 6,376.00 | 6,376.00 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | |
| Koziol, Dr. Don<br>1300 Somerset Dr.<br>Glenview, IL 60025 | | - | Salary | | X | | | 0.00 |
| | | | | | | | 2,894.72 | 2,894.72 |
| Account No. | | | 3/21/15 - 4/3/15 | | | | | |
| Maxwell, Martin<br>427 Sherman Ave.<br>Evanston, IL 60202 | | - | Salary | | X | | | 0.00 |
| | | | | | | | 2,442.30 | 2,442.30 |
| Account No. | | | 4/3/15 | | | | | |
| Maxwell, Martin<br>427 Sherman Ave.<br>Evanston, IL 60202 | | - | Accrued Vacation | | X | | | 0.00 |
| | | | | | | | 1,137.41 | 1,137.41 |

Sheet  4   of  8    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 15,850.43 | 15,850.43

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   Maine Center, Inc.                           ,      Case No. _____
                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>Plummer, Susan<br>322 Concord Square<br>Gurnee, IL 60031 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 1,161.00 | 0.00 | 1,161.00 |
| **Account No.**<br><br>Plummer, Susan<br>322 Concord Square<br>Gurnee, IL 60031 | | – | 4/3/15<br><br>Accrued Vacation | | X | | 2,961.71 | 0.00 | 2,961.71 |
| **Account No.**<br><br>Rzepka, Lauren Hillary<br>737 S. Vail St.<br>Arlington Heights, IL 60005 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 1,158.04 | 0.00 | 1,158.04 |
| **Account No.**<br><br>Rzepka, Lauren Hillary<br>737 S. Vail St.<br>Arlington Heights, IL 60005 | | – | 4/3/15<br><br>Accrued Vacation | | X | | 1,267.03 | 0.00 | 1,267.03 |
| **Account No.**<br><br>Schleuter, Cynthia<br>2552 N. Austin<br>Chicago, IL 60639 | | – | 3/21/15 - 4/3/15<br><br>Salary | | X | | 936.00 | 0.00 | 936.00 |

Sheet __5__ of __8__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 7,483.78 | 7,483.78 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re  Maine Center, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Schleuter, Cynthia <br> 2552 N. Austin <br> Chicago, IL 60639 | | - | 4/3/15 <br><br> Accrued Vacation | | X | | 272.16 | 0.00 <br><br> 272.16 |
| Account No. <br><br> Trivanovic, Dragana <br> 814 Forestview <br> Park Ridge, IL 60068 | | - | 3/21/15 - 4/3/15 <br><br> Salary | | X | | 466.48 | 0.00 <br><br> 466.48 |
| Account No. <br><br> Trivanovic, Dragana <br> 814 Forestview <br> Park Ridge, IL 60068 | | - | 4/3/15 <br><br> Accrued Vacation | | X | | 3,381.98 | 0.00 <br><br> 3,381.98 |
| Account No. <br><br> Vannerson, Erika <br> 631 Busse Hwy <br> Apt. 2B <br> Park Ridge, IL 60068 | | - | 3/21/15 - 4/3/15 <br><br> Salary | | X | | 1,317.50 | 0.00 <br><br> 1,317.50 |
| Account No. <br><br> Vannerson, Erika <br> 631 Busse Hwy <br> Apt. 2B <br> Park Ridge, IL 60068 | | - | 4/3/15 <br><br> Accrued Vacation | | X | | 5,158.46 | 0.00 <br><br> 5,158.46 |

Sheet  6  of  8  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 10,596.58 | 10,596.58 |

B6E (Official Form 6E) (4/13) - Cont.

In re    Maine Center, Inc.                                        ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Weil, Janet <br> 5448 East View Park <br> Chicago, IL 60615 | – | | 3/21/15 – 4/3/15 <br><br> Salary | | X | | 964.80 | 0.00 | 964.80 |
| Account No. <br><br> Weil, Janet <br> 5448 East View Park <br> Chicago, IL 60615 | – | | 4/3/15 <br><br> Accrued Vacation | | X | | 231.23 | 0.00 | 231.23 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  7    of  8    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)   | 1,196.03 | 0.00 <br> 1,196.03

B6E (Official Form 6E) (4/13) - Cont.

In re    Maine Center, Inc. _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Department of Treasury Internal Revenue Service Cincinnati, OH 45999-0038 | – | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _8_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 0.00    0.00 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 68,499.17    68,499.17 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re    Maine Center, Inc.                              ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 2005369897<br><br>Access One<br>820 W. Jackson Blvd.<br>Sixth Floor<br>Chicago, IL 60607 | – | | 4/2015<br>Ph. 877-222-3776 | | X | | 1,034.84 |
| Account No. 1521040<br><br>Aerex<br>4301 Wilmette Avenue<br>Rolling Meadows, IL 60008 | – | | 9/26/14<br>Ph. 847-255-8888 | | X | | 82.00 |
| Account No. None<br><br>Affordable Plowing<br>568 Lincoln Avenue<br>Des Plaines, IL 60018 | | | 2/1/15<br>Ph. 847-997-4413<br>Invoice #1502 | | X | | 720.00 |
| Account No. 01432<br><br>AIS<br>6428 Joliet Road<br>Suite 100<br>La Grange, IL 60525 | – | | 12/2013<br>Ph. 800-843-6154 | | X | | 14,500.44 |

| | | |
|---|---|---|
| __10__   continuation sheets attached | Subtotal<br>(Total of this page) | 16,337.28 |

B6F (Official Form 6F) (12/07) - Cont.

In re  Maine Center, Inc.                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 6030375100013140<br><br>Albertsons (Jewel)<br>P.O. Box 20<br>Boise, ID 83725 | – | | | | 10/10/14<br>Ph. 977-932-7948 | | X | | 249.17 |
| Account No. S-1-118574<br><br>American Messaging<br>1720 Lakepoint Drive<br>Suite 100<br>Lewisville, TX 75057 | – | | | | 3/31/15<br>Ph. 800-759-6259 | | X | | 193.99 |
| Account No. 84769601724144<br><br>AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | – | | | | 4/2015<br>Ph. 877-438-0041 | | X | | 487.91 |
| Account No. 305720<br><br>AYS Dispatch<br>P.O. Box 809325<br>Chicago, IL 60680-9325 | – | | | | 3/11/15<br>Ph. 773-279-0000 | | X | | 275.00 |
| Account No. N/A<br><br>Barry Associates<br>P.O. Box 3069<br>Chapel Hill, NC 27515-3069 | – | | | | 4/1/14<br>Ph. 919-490-8474 | | X | | 875.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    2,081.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Maine Center, Inc.                                    ,    Case No. _____

                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. N/A  <br><br>Business Forms of America<br>1400 N. Northwest Hwy<br>Park Ridge, IL 60068 | – | | 3/6/14<br>Ph. 847-825-3233<br><br>Invoice Nos. 14354, 14325, 14360 | | X | | 1,332.25 |
| Account No.  <br><br>Capadona Law Firm, Ltd.<br>360 W. Butterfield Road<br>Suite 300<br>Elmhurst, IL 60126 | – | | Collectoin for First Midwest Bank | | | | Unknown |
| Account No. 284128  <br><br>CDW<br>75 Remittance Drive<br>Suite 1515<br>Chicago, IL 60675-1515 | | | 9/4/14<br>Ph. 847-968-9875 | | X | | 631.75 |
| Account No. 00450195523001  <br><br>Chase<br>P.O. Box 6026<br>Mailcode IL1-0054<br>Chicago, IL 60680-6026 | – | | 2/11/15<br>Ph. 800-242-7338 | | X | | 99,317.00 |
| Account No. N/A  <br><br>CMS Local Government Health<br>Plan AR<br>Shared Service Center CMS<br>Acct. Rec<br>P.O. Box 7199<br>Springfield, IL 62791-7199 | – | | 1/1/15<br>Ph. 217-782-2548 | | X | | 30,672.00 |

| | | |
|---|---|---|
| Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 131,953.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Maine Center, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. N/A | | | | 3/1/15 Ph. 800-832-3244 640 Colonial Ln. #12 | | | | |
| Colonial P.O. Box 2357 Des Plaines, IL 60017-2357 | – | | | | | X | | |
| | | | | | | | | 95.00 |
| Account No. 0183012053 | | | | 3/31/15 Ph. 800-334-7661 | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6711 | – | | | | | X | | |
| | | | | | | | | 1,116.51 |
| Account No. 4890202038 | | | | 3/31/15 Ph. 800-334-7661 | | | | |
| Com Ed (SLP apts) P.O. Box 6111 Carol Stream, IL 60197-6111 | – | | | | | X | | |
| | | | | | | | | 833.62 |
| Account No. 300602 | | | | 12/3/14 Ph. 630-771-2600 | | | | |
| COTG 2 Territorial Ct. Bolingbrook, IL 60440-4659 | – | | | | | X | | |
| | | | | | | | | 2,277.00 |
| Account No. 55380 | | | | 6/30/13 Ph. 847-272-0130 | | | | |
| Craig and Associates 300 Dundee Road Suite 321 Northbrook, IL 60062 | – | | | | | X | | |
| | | | | | | | | 14,375.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      18,697.13

B6F (Official Form 6F) (12/07) - Cont.

In re    Maine Center, Inc.    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. N/A<br><br>Department of Human Services IL<br>100 South Grand Avenue East<br>Springfield, IL 62762 | | – | | 6/30/11<br>Ph. 708-352-7050 | | | X | 102,335.13 |
| Account No. 233812<br><br>Dex<br>c/o JSD Management, Inc.<br>1283 College Park Drive<br>Dover, DE 19904-8713 | | – | | 7/8/14 | | | | 2,198.97 |
| Account No. N/A<br><br>DP Chamber<br>1401 E. Oakton<br>Des Plaines, IL 60018 | | – | | 1/1/15<br>Ph.<br>Invoice #10569A | | X | | 240.00 |
| Account No. 900608803<br><br>Emdeon<br>3055 Lebanon Pike<br>Suite 1000<br>Nashville, TN 37214-2239 | | – | | 1/31/15<br>Ph. 800-845-6592 | | X | | 116.00 |
| Account No. N/A; ############1900<br><br>First Midwest Bank<br>P.O. Box 565<br>Joliet, IL 60434 | | – | | 12/8/14<br>Ph. 800-221-5920<br>00000328-00000000 | | X | | 7,568.00 |

Sheet no. _4_ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     112,458.10

B6F (Official Form 6F) (12/07) - Cont.

In re   Maine Center, Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 10576120 | | | | 2/27/15 Ph. 866-467-8730 | | | | |
| Hartford Insurance P.O. Box 660916 Dallas, TX 75266-0916 | – | | | | | X | | 1,442.92 |
| Account No. 0025 | | | | 11/30/14 Ph. 773-751-4094 | | | | |
| Heartland Alliance 208 S. LaSalle Street Suite 1300 Chicago, IL 60604 | – | | | | | X | | 3.50 |
| Account No. A01617757 | | | | 3/7/14 Ph. 800-925-0083 | | | | |
| HR Direct gNeil P.O. Box 451179 Fort Lauderdale, FL 33345-1179 | – | | | | | X | | 67.99 |
| Account No. N0376548 | | | | 2/2/15 Ph. 800-685-0595 | | | | |
| IC Systems P.O. Box 64808 Saint Paul, MN 55164-0808 | – | | | | | X | | 33.50 |
| Account No. N/A | | | | 1/2/15 Invoice #331 | | | | |
| Kiwanis P.O. Box 249 Park Ridge, IL 60068-0249 | – | | | | | X | | 121.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,668.91

B6F (Official Form 6F) (12/07) - Cont.

In re     Maine Center, Inc.                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. MAINE<br><br>Koral Maintenance<br>2016 Sullivan Ct.<br>Chicago, IL 60656 | – | | | 5/1/14<br>Ph. 847-290-8159 | | X | | 5,820.00 |
| Account No. N/A<br><br>Lorenzos Landscaping<br>P.O. Box 2765<br>Des Plaines, IL 60017-2765 | – | | | 9/9/14<br>Ph. 773-262-5441 | | X | | 532.15 |
| Account No. 141999<br><br>Macke Water<br>P.O. Box 545<br>Wheeling, IL 60090-0545 | – | | | 2/1/15<br>800-662-6885, ext. 1356 | | X | | 922.24 |
| Account No. N/A<br><br>Madey Cleaning Solutions<br>2416 Delta Lane<br>Elk Grove Village, IL 60007 | – | | | 7/30/14<br>Ph.<br>Invoice #210489 | | X | | 50.00 |
| Account No. N/A<br><br>Mail Finance<br>25881 Network Place<br>Chicago, IL 60673-1258 | – | | | 3/19/15<br>Ph. 866-984-5694<br>Invoice #N5230434 | | X | | 636.65 |

| | | |
|---|---|---|
| Sheet no. _6_ of _10_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,961.04 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Maine Center, Inc.                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. N/A<br><br>Medicine Shoppe<br>110 Main Street<br>Park Ridge, IL 60068 | – | | 9/19/14<br>Ph. 847-384-0125 | | X | | 1,163.48 |
| Account No. 503202<br><br>Medtox<br>P.O. Box 8107<br>Burlington, NC 27216-8107 | – | | 12/31/14<br>Ph. 800-832-3244 | | X | | 98.92 |
| Account No. 26613<br><br>Metropolitan Water<br>Lockbox 98429<br>Chicago, IL 60693 | – | | 2/20/14<br>Ph. 312-751-6538 | | X | | 48.73 |
| Account No. 79-66-06-2602-3<br><br>Nicor<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | – | | 2/11/15<br>Ph. 888-642-6748 | | X | | 883.73 |
| Account No. 36-03-29-8595-8<br><br>Nicor (SLP)<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | – | | 2/12/15<br>Ph. 888-642-6748 | | X | | 28.54 |

Sheet no. _7__ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,223.40

B6F (Official Form 6F) (12/07) - Cont.

In re   Maine Center, Inc.                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 600685446 | | | | 9/26/14 Ph. 800-637-1140 | | | | |
| Patterson Office P.O. Box 9009 Champaign, IL 61826 | – | | | | | X | | |
| | | | | | | | | 34.04 |
| Account No. 75022 | | | | 3/1/15 Ph. 877-438-7459 | | | | |
| Philadelphia Insurance Companies P.O. Box 70251 Philadelphia, PA 17176-0251 | – | | | | | X | | |
| | | | | | | | | 2,900.24 |
| Account No. N/A | | | | 12/24/14 Ph. 847-825-3121 | | | | |
| PR Chamber 720 Garden Street Park Ridge, IL 60068 | – | | | Invoice #2209 | | X | | |
| | | | | | | | | 310.00 |
| Account No. N/A | | | | 10/16/14 Ph. 847-823-0600 | | | | |
| PR Taxi 17 W. 366 Elm Place Villa Park, IL 60181 | – | | | Invoice #142591 | | X | | |
| | | | | | | | | 13.60 |
| Account No. 22324301 | | | | 2/25/14 Ph. 800-888-8333 | | | | |
| Quest 12989 Collect NS Ctr Drive Chicago, IL 60693-0129 | – | | | | | X | | |
| | | | | | | | | 985.83 |

Sheet no. __8___ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      4,243.71

B6F (Official Form 6F) (12/07) - Cont.

In re   Maine Center, Inc. _____ ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. C311532  Quill P.O. Box 37600 Philadelphia, PA 19101-0600 | – | | 11/24/14 Ph. 800-789-8965 | | X | | 765.96 |
| Account No. 3-0551-10223818  Republic Services P.O. Box 9001154 Louisville, KY 40290-1154 | – | | 2/2015 Ph. 847-981-0091 | | X | | 875.80 |
| Account No. 74020977  Sanofi Pasteur 12458 Collections Center Dr. Chicago, IL 60693 | – | | 9/20/14 Ph. 800-822-2463 | | X | | 504.73 |
| Account No. 15739  Southwestern Telephone 222 West Ontario Suite 410 Chicago, IL 60654 | – | | 1/1/15 Ph. 312-867-9440 | | X | | 1,350.00 |
| Account No. N/A  Tommaso Angiuli P.O. Box 971 Glenview, IL 60025-0971 | – | | 12/14 | | X | | 252.00 |

Sheet no. _9__ of _10_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,748.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Maine Center, Inc.                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. 27764 | | | | 12/16/14 Ph. 630-960-5060 | | | | |
| Total Fire and Safety 6808 Hobson Valley Drive #105 Woodridge, IL 60517 | | - | | | | X | | 190.66 |
| Account No. 574771 | | | | 12/14/14 800-328-5371 | | | | |
| US Bank 1310 Madrid Street Suite 101 Marshall, MN 56258-4002 | | - | | | | X | | 2,440.16 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,630.82 |
| | Total (Report on Summary of Schedules) | 304,002.95 |

B6G (Official Form 6G) (12/07)

.

In re    Maine Center, Inc.                                          ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   Maine Center, Inc.                                            ,   Case No. _____
                                        Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | John Clifford and John Tricky<br>130 E. Washington<br>#3NW<br>Des Plaines, IL 60016 |
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | Mary Hallihan-McConnell and Lori Ru<br>1370 E. Washington<br>#2SW<br>Des Plaines, IL 60016 |
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | Tom Jarczyk and Simsoriano Soto<br>1287 Brown<br>#2W<br>Des Plaines, IL 60016 |
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | Mary Ann Wrobel and Jennie Tyler<br>1287 Brown<br>#1E<br>Des Plaines, IL 60016 |
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | Glen Olofson and Charlie Grigorakos<br>1370 E. Washington<br>#3NE<br>Des Plaines, IL 60016 |
| Rasheed Ahmed and Shanaz K. Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | Denise Crawley and Theresa Keuk<br>1370 E. Washington<br>#2NE<br>Des Plaines, IL 60016 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Maine Center, Inc.                                Case No. _____

                                    Debtor(s)          Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 29 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 29, 2015                  Signature   /s/ Frances Hook Hume
                                               Frances Hook Hume
                                               CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Maine Center, Inc.                                   Case No.

                                      Debtor(s)                Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $383,493.00 | Illinois Department of Health |
| $148,752.00 | Maine Township |
| $6,000.00 | City of Des Plaines |
| $31,284.00 | Client Fees |
| $208,917.00 | Commercial Client Insurance |
| $10,000.00 | Park Ridge Commuity Fund |
| $47,592.00 | Rent from Clients |
| $7,520.00 | Contributions |
| $500.00 | Special Events |
| $30,217.00 | Miscellaneous Revenue |

B7 (Official Form 7) (04/13)    2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $28,632.00 | Proceeds from sale of 832 Busse Hwy, Park Ridge, IL |

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case. Give particulars. If the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Access/Access One<br>820 W. Jackson Blvd.<br>Sixth Floor<br>Chicago, IL  60607 | 1/6/15 | $1,030.96 | $1,034.84 |
| US Bank<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258-4002 | 1/16/15 | $627.99 | $2,440.16 |
| Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | 1/20/15 | $452.89 | $1,116.51 |
| Nicor<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | 1/20/15 | $55.92 | $883.73 |
| Commonwealth Edison<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | 1/20/15 | $282.84 | $0.00 |
| Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6711 | 1/20/15 | $232.76 | $0.00 |
| Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6711 | 1/20/15 | $292.78 | $0.00 |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                      3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| City of Park Ridge | 1/27/15 | $108.00 | $0.00 |
| AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | 1/27/15 | $435.13 | $487.91 |
| Hartford Insurance P.O. Box 660916 Dallas, TX 75266-0916 | 1/30/15 | $4,425.76 | $1,442.92 |
| American Messaging 1720 Lakepoint Drive Suite 100 Lewisville, TX 75057 | 1/30/15 | $279.19 | $193.99 |
| Emdeon 3055 Lebanon Pike Suite 1000 Nashville, TN 37214-2239 | 2/4/15 | $174.00 | $116.00 |
| Fast EMC | 2/4/15 | $142.45 | $0.00 |
| Nicor P.O. Box 5407 Carol Stream, IL 60197-5407 | 2/6/15 | $613.39 | $0.00 |
| Rasheed Ahmed 772 Citadel Ct. Des Plaines, IL 60016 | 2/9/15 - rent for client apartments | $6,010.00 | $0.00 |
| AT&T P.O. Box 5019 Carol Stream, IL 60197-5019 | 2/9/15 | $557.79 | $0.00 |
| AYS Dispatch P.O. Box 809325 Chicago, IL 60680-9325 | 2/9/15 | $825.00 | $275.00 |
| Central Management Systems | 2/9/15 | $7,272.00 | $0.00 |
| Colonial Park | 2/9/15 | $920.00 | $95.00 |
| David Billingham | 2/9/15 | $473.76 | $7,429.57 |
| Kathy Hanson | 2/9/15 | $677.04 | $1,453.70 |
| Fran Hook-Hume | 2/9/15 | $677.60 | $13,341.46 |
| Martin Maxwell | 2/9/15 | $390.76 | $3,579.71 |
| Susan Plummer | 2/9/15 | $234.66 | $4,122.71 |
| Dragana Trivanc | 2/9/15 | $291.55 | $3,848.46 |
| Erika Vannerson | 2/10/15 | $390.00 | $6,475.96 |
| Commonwealth Edison PO Box 6111 Carol Stream, IL 60197-6111 | 2/17/15 | $684.38 | $0.00 |
| Colonial Park | 2/17/15 | $2,520.00 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                                    4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Chicago Office Te | 2/17/15 | $1,248.00 | $0.00 |
| First Non Profit | 2/17/15 | $813.00 | $0.00 |
| Fast EMC | 2/18/15 | $284.90 | $0.00 |
| Quill<br>P.O. Box 37600<br>Philadelphia, PA 19101-0600 | 2/18/15 | $740.69 | $765.96 |
| Access One<br>820 W. Jackson Blvd.<br>Sixth Floor<br>Chicago, IL 60607 | 2/19/15 | $1,024.81 | $0.00 |
| Medtox<br>P.O. Box 8107<br>Burlington, NC 27216-8107 | 2/20/15 | $59.04 | $98.92 |
| Martin Maxwell | 2/20/15 | $194.43 | $3,579.71 |
| Fox Valley Fire | 3/2/15 | $426.00 | $0.00 |
| Ace Hardware - Park Ridge | 3/3/15 | $93.60 | $0.00 |
| City of Park Ridge | 3/9/15 | $159.74 | $0.00 |
| Dragana Trivanc | 3/13/15 | $69.46 | $0.00 |
| Erika Vannerson | 3/13/15 | $60.00 | $0.00 |
| David Billingham | 3/16/15 | $1,470.00 | $0.00 |
| Kathy Hanson | 3/16/15 | $520.00 | $0.00 |
| Fran Hook-Hum | 3/16/15 - repayment of short term personal loan to cover payroll | $6,000.00 | $0.00 |
| Janet Weil | 3/16/15 | $1,200.00 | $0.00 |
| Access One<br>820 W. Jackson Blvd.<br>Sixth Floor<br>Chicago, IL 60607 | 3/16/15 | $1,044.31 | $0.00 |
| Rasheed Ahmed<br>772 Citadel Ct.<br>Des Plaines, IL 60016 | 3/16/15 - rent for client apartments | $6,010.00 | $0.00 |
| Philadelphia Ins | 3/20/15 | $1,450.12 | $2,900.24 |
| David Billingham | 3/20/15 | $184.60 | $0.00 |
| Fran Hook-Hum | 3/20/15 | $384.60 | $0.00 |
| Janet Weil | 3/20/15 | $184.60 | $0.00 |

B7 (Official Form 7) (04/13)                                                                                               5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6711 | 3/20/15 | $668.45 | $0.00 |
| Susan Plummer | 3/20/15 | $140.00 | $0.00 |
| David Billingham | 3/20/15 | $175.00 | $0.00 |
| AT&T<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | 4/2/15 | $487.91 | $0.00 |
| Philadelphia Insurance Company | 4/2/15 | $1,450.12 | $0.00 |
| Susan Plummer | 4/2/15 | $150.00 | $0.00 |
| Fran Hook-Hume | 4/3/15 | $1,117.00 | $0.00 |
| Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 60197-6711 | 4/14/15 | $596.40 | $0.00 |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Maine Center, Inc. v. Department of Human Resources, Case No. 14-CC-3135 | Mental Health Services reimbursement | Illinois Court of Claims | Pending |
| In re Maine Center, Inc.; Docket No. 2015-FP-002 | Code Violation | Office of the State Fire Marshal, State of Illinois | Appeal Pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                6

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                7

**10. Other transfers**

None
■     a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)                                                                                                        8

---

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

B7 (Official Form 7) (04/13)                                                                                                    9

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Craig & Associates<br>3000 Dundee Road<br>Suite 321<br>Northbrook, IL 60062 | 6/30/13 and 6/30/14 |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)                                                                                               10

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Robert DiVirgilio | Director | |
| Judith Keller | Director | |
| Donna HorVath | Director | |
| Richard Larsen | Director | |
| Marc Dennison | Director | |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                11

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  April 29, 2015                          Signature   /s/ Frances Hook Hume
                                                          Frances Hook Hume
                                                          CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   Maine Center, Inc.             Case No. _____

                       Debtor(s)          Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    0.00 |
| Prior to the filing of this statement I have received | $    0.00 |
| Balance Due | $    0.00 |

2. $   0.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor    ☒ Other (specify):    Seyfarth Shaw LLP is providing pro bono services to Debtor, Maine Center, Inc.

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   April 29, 2015            /s/ Gus A. Paloian
                                       Gus A. Paloian 06188186
                                       Seyfarth Shaw LLP
                                       131 South Dearborn
                                       Suite 2400
                                       Chicago, IL 60603
                                       312-460-5000

# United States Bankruptcy Court

### Northern District of Illinois

In re    Maine Center, Inc.                                    ,    Case No. _____

                                        Debtor

                                                            Chapter_____7_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___April 29, 2015_____        Signature_/s/ Frances Hook Hume_____
                                                            Frances Hook Hume
                                                            CEO

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                        18 U.S.C §§  152 and 3571.

____0____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  Maine Center, Inc.

Debtor(s)

Case No.

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    72

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  April 29, 2015

/s/ Frances Hook Hume

Frances Hook Hume/CEO
Signer/Title

Access One
820 W. Jackson Blvd.
Sixth Floor
Chicago, IL 60607


Aerex
4301 Wilmette Avenue
Rolling Meadows, IL 60008


Affordable Plowing
568 Lincoln Avenue
Des Plaines, IL 60018


AIS
6428 Joliet Road
Suite 100
La Grange, IL 60525


Albertsons (Jewel)
P.O. Box 20
Boise, ID 83725


American Messaging
1720 Lakepoint Drive
Suite 100
Lewisville, TX 75057


AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080


AYS Dispatch
P.O. Box 809325
Chicago, IL 60680-9325


Barry Associates
P.O. Box 3069
Chapel Hill, NC 27515-3069


Billingham, David LCSW
4023 LeClaire Ave.
Chicago, IL 60641

Burgess, Tiffany
1372 Fargo Ave.
Unite E
Des Plaines, IL 60018


Business Forms of America
1400 N. Northwest Hwy
Park Ridge, IL 60068


Capadona Law Firm, Ltd.
360 W. Butterfield Road
Suite 300
Elmhurst, IL 60126


CDW
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515


Chase
P.O. Box 6026
Mailcode IL1-0054
Chicago, IL 60680-6026


Chasnov, Jill
4160 Ridgeland Lane
Northbrook, IL 60062


CMS Local Government Health Plan AR
Shared Service Center CMS Acct. Rec
P.O. Box 7199
Springfield, IL 62791-7199


Colonial
P.O. Box 2357
Des Plaines, IL 60017-2357


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6711


Com Ed (SLP apts)
P.O. Box 6111
Carol Stream, IL 60197-6111

COTG
2 Territorial Ct.
Bolingbrook, IL 60440-4659


Craig and Associates
300 Dundee Road
Suite 321
Northbrook, IL 60062


Department of Human Services IL
100 South Grand Avenue East
Springfield, IL 62762


Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0038


Dex
c/o JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904-8713


DP Chamber
1401 E. Oakton
Des Plaines, IL 60018


Drechsler, Deanne
122 S. East Ave
Unit GN
Oak Park, IL 60302


Easter, Susan
8306 Grand
River Grove, IL 60717


Elliott, Amanda
1211 Evergreen Ave
Des Plaines, IL 60016


Emdeon
3055 Lebanon Pike
Suite 1000
Nashville, TN 37214-2239

First Midwest Bank
P.O. Box 565
Joliet, IL 60434


First Midwest Bank
Special Assets
One Pierce Place, Suite 1500
Itasca, IL 60143


Fortin, Ilene
10315 Lyndale
Apt. B107
Melrose Park, IL 60164


Hanson, Kathy
218 N. Merrill
Park Ridge, IL 60068


Hartford Insurance
P.O. Box 660916
Dallas, TX 75266-0916


Heartland Alliance
208 S. LaSalle Street
Suite 1300
Chicago, IL 60604


Hook Hume, Frances
2840 Duffy Lane
Deerfield, IL 60015


HR Direct gNeil
P.O. Box 451179
Fort Lauderdale, FL 33345-1179


IC Systems
P.O. Box 64808
Saint Paul, MN 55164-0808


Jonsson, Martina
1648 N. Wolcott Ave
Apt. 1F
Chicago, IL 60622

Kiwanis
P.O. Box 249
Park Ridge, IL 60068-0249


Koral Maintenance
2016 Sullivan Ct.
Chicago, IL 60656


Koziol, Dr. Don
1300 Somerset Dr.
Glenview, IL 60025


Lorenzos Landscaping
P.O. Box 2765
Des Plaines, IL 60017-2765


Macke Water
P.O. Box 545
Wheeling, IL 60090-0545


Madey Cleaning Solutions
2416 Delta Lane
Elk Grove Village, IL 60007


Mail Finance
25881 Network Place
Chicago, IL 60673-1258


Maxwell, Martin
427 Sherman Ave.
Evanston, IL 60202


Medicine Shoppe
110 Main Street
Park Ridge, IL 60068


Medtox
P.O. Box 8107
Burlington, NC 27216-8107


Metropolitan Water
Lockbox 98429
Chicago, IL 60693

Nicor
P.O. Box 5407
Carol Stream, IL 60197-5407


Nicor (SLP)
P.O. Box 5407
Carol Stream, IL 60197-5407


Patterson Office
P.O. Box 9009
Champaign, IL 61826


Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 17176-0251


Plummer, Susan
322 Concord Square
Gurnee, IL 60031


PR Chamber
720 Garden Street
Park Ridge, IL 60068


PR Taxi
17 W. 366 Elm Place
Villa Park, IL 60181


Quest
12989 Collect NS Ctr Drive
Chicago, IL 60693-0129


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Rasheed Ahmed and Shanaz K. Ahmed
772 Citadel Ct.
Des Plaines, IL 60016


Republic Services
P.O. Box 9001154
Louisville, KY 40290-1154

Rzepka, Lauren Hillary
737 S. Vail St.
Arlington Heights, IL 60005


Sanofi Pasteur
12458 Collections Center Dr.
Chicago, IL 60693


Schleuter, Cynthia
2552 N. Austin
Chicago, IL 60639


Southwestern Telephone
222 West Ontario
Suite 410
Chicago, IL 60654


Tommaso Angiuli
P.O. Box 971
Glenview, IL 60025-0971


Total Fire and Safety
6808 Hobson Valley Drive
#105
Woodridge, IL 60517


Trivanovic, Dragana
814 Forestview
Park Ridge, IL 60068


US Bank
1310 Madrid Street
Suite 101
Marshall, MN 56258-4002


Vannerson, Erika
631 Busse Hwy
Apt. 2B
Park Ridge, IL 60068


Weil, Janet
5448 East View Park
Chicago, IL 60615

# United States Bankruptcy Court
## Northern District of Illinois

In re   Maine Center, Inc.                                              Case No. _____

                                          Debtor(s)            Chapter    7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ____Maine Center, Inc.____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 29, 2015
_____
**Date**

/s/ Gus A. Paloian
Gus A. Paloian 06188186
**Signature of Attorney or Litigant**
**Counsel for**   Maine Center, Inc.
Seyfarth Shaw LLP
131 South Dearborn
Suite 2400
Chicago, IL 60603
312-460-5000