**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re:  MAINE CENTER, INC.                         §   Case No. 15-19208
                                                   §
                                                   §
                                                   §
                        Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/01/2015. The undersigned trustee was appointed on 06/01/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        465,488.45

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 360,000.00 |
   | Administrative expenses | 34,760.76 |
   | Bank service fees | 1,262.23 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 69,465.46 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/13/2015 and the deadline for filing governmental claims was 11/30/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,524.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,400.15, for a total compensation of $14,400.15[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/14/2019                    By: /s/ Eugene Crane
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 15-19208
**Case Name:** MAINE CENTER, INC.

**For Period Ending:** 03/14/2019

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 06/01/2015 (f)
**§ 341(a) Meeting Date:** 07/14/2015
**Claims Bar Date:** 10/13/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 819 Busse Highway, Park Ridge, IL 60068-2360 Bui<br>Imported from original petition Doc# 1 | 460,000.00 | 107,652.16 | | 415,000.00 | FA |
| 2 | Checking - First Midwest Bank 0574600094<br>Debtor says since the filing this account has been closed | 559.45 | 0.00 | | 0.00 | FA |
| 3 | Checking - BMO Harris Bank 4817518340<br>Imported from original petition Doc# 1 | 1,740.67 | 1,740.67 | | 3,936.28 | FA |
| 4 | Com Edison 7/2/2014 Acct #1957797000<br>Imported from original petition Doc# 1 | 1,995.00 | 1,995.00 | | 0.00 | FA |
| 5 | Client A/R<br>Imported from original petition Doc# 1 | 25,924.43 | 25,924.43 | | 659.16 | FA |
| 6 | Furniture<br>Imported from original petition Doc# 1 | 10,000.00 | 10,000.00 | OA | 8,227.00 | FA |
| 7 | Desktop PCs - 34, Servers - 4<br>Imported from original petition Doc# 1 | 0.00 | 5,000.00 | OA | 0.00 | FA |
| 8 | State of Illinois Court Claims - Claim No. 14-CC<br>Imported from original petition Doc# 1<br>04/2017: This claim is still pending.  Due to the State of IL Budget impasse, Trustee is not sure if this will ever get paid.<br>04/2018: Trustee spoke with an Atty with the state, this claim will not get paid as there are no funds. | 144,144.06 | 144,144.06 | | 0.00 | FA |
| 9 | Donations (u) | Unknown | 66.00 | | 66.00 | FA |
| 10 | Breach of real estate contract litigation (u)<br>Settlement value is undetermined at this point; case is still in discovery (depositions are still being taken), and to value estimate could jeopardize litigation | Unknown | 1.00 | | 37,500.00 | FA |
| 11* | Settlement from class action - in re Stericycle, Inc. (u) (See Footnote) | Unknown | 1.00 | | 100.01 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$644,363.61** | **$296,524.32** | | **$465,488.45** | **$0.00** |

RE PROP# 11    Unscheduled settlement from class action litigation

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 15-19208
**Case Name:** MAINE CENTER, INC.

**For Period Ending:** 03/14/2019

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 06/01/2015 (f)
**§ 341(a) Meeting Date:** 07/14/2015
**Claims Bar Date:** 10/13/2015

**Major Activities Affecting Case Closing:**

11/15/2018: Settlement reached with first buyer; motion to approve settlement filed (dk)
03/31/2018: Adversary Complaint against first buyer still pending; depositions are being taken (dk)
03/31/2017: Adversary Complaint against first buyer of 819 Busse Hwy in discovery; will take several months. (dk)
11/17/2016: Motion to Sell 819 Busse Hwy approved by Court (dk)
10/27/2016: Another buyer made an offer on RE; Ttee's counsel filed motion to sell real estate; hearing on 11/17 (dk)
07/01/2016: Trustee Counsel filed adversary complaint against first buyer for breach of contract (dk)
03/31/2016: Broker found potential buyer for premises; working on deal with bank to reduce mortgage (dk)
03/08/16: MT filed to Abandon personal property not sold at auction (dk)
10/13: Auctioneer employed; filing MT to sell assets at Auction (dk)
09/10: Withdrew Initial Report that was filed 09/09 in error (dk)
09/10 - Acct employed (dk)
09/01: Motion to Employ Lois West as accountant filed (dk)
08/11: Filing Motion to Employ RE Broker to sell building (dk)
07/01 - There is potential equity in building; contacting potential RE brokers (dk)
06/30 - accounts receivable checks received, will file initial report of assets (dk)
06/16 - Auctioneer went to location and thinks that the value of items is about 10-15K, but with expenses of 5K it may not be worth selling (dk)
06/15 - CHSW&C employed as counsel (dk)

**Initial Projected Date Of Final Report (TFR):** 12/31/2016           **Current Projected Date Of Final Report (TFR):** 12/31/2019

Form 2

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 15-19208 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | MAINE CENTER, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6713 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/15 | {5} | Blue Medicare Advantage | Medicare payment for services rendered | 1121-000 | 0.06 | | 0.06 |
| 06/30/15 | {9} | AT&T Employee Giving Campaign | Donation | 1229-000 | 66.00 | | 66.06 |
| 06/30/15 | {5} | Intelligent Collections/IC System, Inc. | Patient collection payment | 1121-000 | 90.85 | | 156.91 |
| 06/30/15 | {5} | Blue Cross Blue Shield of Illinois | Insurance payment for services rendered | 1121-000 | 568.25 | | 725.16 |
| 06/30/15 | {3} | BMO Harris Bank | Liquidation of bank account | 1129-000 | 3,936.28 | | 4,661.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,651.44 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,641.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,631.44 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,621.44 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,611.44 |
| 12/10/15 | {6} | American Auction Associates, Inc. | Auction Proceeds from sale of office furniture and equipment per Court Order 11/10/2015 | 1129-000 | 8,227.00 | | 12,838.44 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.18 | 12,823.26 |
| 01/29/16 | 101 | American Auction Associates, Inc. | Payment of Auction Expenses per Court Order 01/28/2016 | 3620-000 | | 4,193.10 | 8,630.16 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 8,612.38 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #15-19208, Bond Number 10BSBGR6291 Voided on 02/09/2016 | 2300-004 | | 8.82 | 8,603.56 |
| 02/09/16 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #15-19208, Bond Number 10BSBGR6291 Voided on 02/09/2016 | 2300-004 | | -8.82 | 8,612.38 |
| 02/09/16 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #15-19208, Bond Number 10BSBGR6291 | 2300-000 | | 9.07 | 8,603.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.93 | 8,590.38 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 13.55 | 8,576.83 |

Page Subtotals: $12,888.44    $4,311.61

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19208 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | MAINE CENTER, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6713 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fee | | | | |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.89 | 8,564.94 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.87 | 8,553.07 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 8,539.58 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.84 | 8,527.74 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 8,514.29 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.21 | 8,502.08 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.78 | 8,490.30 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.99 | 8,477.31 |
| 12/12/16 | | Chicago Title and Trust Company | Net proceeds from sale of 819 Busse Hwy, Park Ridge, IL | | 25,842.37 | | 34,319.68 |
| | {1} | | Gross Proceeds from sale of 819 Busse Hwy per Court Order    $415,000.00 | 1110-000 | | | 34,319.68 |
| | | | Payoff of Mortgage to Prinsbank    -$360,000.00 | 4110-000 | | | 34,319.68 |
| | | | Closing costs for sale of 819 Busse Hwy    -$2,838.00 | 2500-000 | | | 34,319.68 |
| | | | State Transfer Taxes    -$622.50 | 2820-000 | | | 34,319.68 |
| | | | Commission paid to Real Estate Broker    -$10,375.00 | 3510-000 | | | 34,319.68 |
| | | | City Stamps Payment    -$2,797.13 | 2820-000 | | | 34,319.68 |
| | | | Payment of commission to H&B Realty, Inc.    -$10,375.00 | 3510-000 | | | 34,319.68 |
| | | | Survey Costs    -$650.00 | 2500-000 | | | 34,319.68 |
| | | | Costs for cleaning building of personal property which was abandoned | 2500-000 | | | 34,319.68 |
| | | | **Page Subtotals:** | | **$25,842.37** | **$99.52** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 15-19208 | | Trustee Name: | Eugene Crane (330350) |
| Case Name: | MAINE CENTER, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6713 | | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/14/2019 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | -$1,500.00 | | | | |
| 12/22/16 | 104 | Two Stars Recycle, Inc. | Balance of cleaning costs of 819 Busse Hwy; negotiated with vendor costs were more than estimate | 2500-000 | | 500.00 | 33,819.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.16 | 33,786.52 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.06 | 33,734.46 |
| 02/03/17 | 105 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 12.64 | 33,721.82 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.27 | 33,676.55 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.05 | 33,626.50 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.14 | 33,581.36 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.13 | 33,528.23 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.22 | 33,480.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.55 | 33,433.46 |
| 08/07/17 | 106 | Lisa Voegel Rogers | Witness Fee for Deposition; Adv. Case no. 16-00391 Stopped on 12/07/2017 | 2990-005 | | 41.00 | 33,392.46 |
| 08/22/17 | 107 | U.S. Legal Support - Chicago, IL Reporting | Court Reporter Fees; deposition on 07/26/2017 Crane v. Chicago Mutual Real Estate Group | 3991-000 | | 197.50 | 33,194.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.90 | 33,142.06 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.14 | 33,095.92 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.83 | 33,045.09 |
| 11/16/17 | 108 | U.S. Legal Support - Chicago, IL Reporting | Court Reporter Fees; deposition on 11/09/2017 Crane v. Chicago Mutual Real Estate Group; Inv#110095329 | 3991-000 | | 160.00 | 32,885.09 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.52 | 32,837.57 |
| 12/07/17 | 106 | Lisa Voegel Rogers | Witness Fee for Deposition; Adv. Case no. 16-00391 Stopped on 12/07/2017 | 2990-005 | | -41.00 | 32,878.57 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 45.71 | 32,832.86 |

Page Subtotals: $0.00   $1,486.82

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Case 15-19208 Doc 50 Filed 03/25/19 Entered 03/25/19 14:47:25 Desc Main Document Page 8 of 16

**Form 2**

Exhibit B
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 15-19208 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | MAINE CENTER, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6713 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.94 | 32,780.92 |
| 02/13/18 | 109 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 10.82 | 32,770.10 |
| 02/26/18 | 110 | U.S. Legal Support - Chicago, IL Reporting | Court Reporter Fees; deposition on 02/09/2018 Crane v. Chicago Mutual Real Estate Group; Inv#110124153 Stopped on 04/10/2018 | 3991-005 | | 160.00 | 32,610.10 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.00 | 32,566.10 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.07 | 32,519.03 |
| 04/10/18 | 110 | U.S. Legal Support - Chicago, IL Reporting | Court Reporter Fees; deposition on 02/09/2018 Crane v. Chicago Mutual Real Estate Group; Inv#110124153 Stopped on 04/10/2018 | 3991-005 | | -160.00 | 32,679.03 |
| 04/10/18 | 111 | U.S. Legal Support - Chicago, IL Reporting | Court Reporter Fees; deposition on 02/09/2018 Crane v. Chicago Mutual Real Estate Group; Inv#110124153 | 3991-000 | | 160.00 | 32,519.03 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.35 | 32,473.68 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 51.38 | 32,422.30 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.07 | 32,377.23 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 49.67 | 32,327.56 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.04 | 32,279.52 |
| 09/04/18 | {11} | Stericycle Class Action-Huntington | Settlement as a class action member in re Stericycle, Steri-Safe Contract Litigation | 1249-000 | 100.01 | | 32,379.53 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.82 | 32,354.71 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.25 | 32,325.46 |
| 11/09/18 | {10} | NIcholas M Duric, Atty at Law | First payment of settlement in adversary against buy/broker of real estate for breach of contract per court order 11/08/2018 | 1249-000 | 20,000.00 | | 52,325.46 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.88 | 52,289.58 |
| 12/07/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -35.88 | 52,325.46 |
| | | | **Page Subtotals:** | | **$20,100.01** | **$607.41** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**                                                                                                     *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 15-19208 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | MAINE CENTER, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6713 | Account #: | ******6866 Checking Account |
| For Period Ending: | 03/14/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/12/18 | {10} | Nikola Duric DBA Nicholas Duric, Atty at Law | Final payment of settlement in adversary against buyer/broker of real estate for breach of contract per court order 11/08/2018 | 1249-000 | 17,500.00 | | 69,825.46 |
| 01/15/19 | 112 | Illinois Charity Bureau Fund | Annual Report Filing & Late Fees for Fiscal Period 07/01/2015 - 06/30/2016; Federal ID#36-2616713 | 2820-000 | | 115.00 | 69,710.46 |
| 01/15/19 | 113 | Illinois Charity Bureau Fund | Annual Report Filing & Late Fees for Fiscal Period 07/01/2016 - 06/30/2017; Federal ID#36-2616713 | 2820-000 | | 115.00 | 69,595.46 |
| 01/15/19 | 114 | Illinois Charity Bureau Fund | Annual Report Filing & Late Fees for Fiscal Period 07/01/2017 - 06/30/2018; Federal ID#36-2616713 | 2820-000 | | 115.00 | 69,480.46 |
| 01/15/19 | 115 | Illinois Charity Bureau Fund | Annual Report Filing & Late Fees for Fiscal Period 07/01/2018 - 01/31/2019; Federal ID#36-2616713 | 2820-000 | | 15.00 | 69,465.46 |
| | | **COLUMN TOTALS** | | | 76,330.82 | 6,865.36 | $69,465.46 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 76,330.82 | 6,865.36 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $76,330.82 | $6,865.36 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-19208 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | MAINE CENTER, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6713 | **Account #:** | ******6866 Checking Account |
| **For Period Ending:** | 03/14/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $76,330.82 |
| Plus Gross Adjustments: | $389,157.63 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $465,488.45 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6866 Checking Account | $76,330.82 | $6,865.36 | $69,465.46 |
| | **$76,330.82** | **$6,865.36** | **$69,465.46** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case:** 15-19208          **MAINE CENTER, INC.**

Claims Bar Date: 10/13/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | EUGENE CRANE<br>135 S. LaSalle Street, #3705<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>01/02/19 | | $26,524.42<br>$26,524.42 | $0.00 | $26,524.42 |
| | Clerk of U.S. Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br><2700-000 Clerk of the Court Fees><br>, 100<br>For Adversary Complaint 16-00391 | Administrative<br>01/17/19 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| | Crane, Simon, Clar & Dan<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>06/01/15 | | $92,084.50<br>$92,084.50 | $0.00 | $92,084.50 |
| | Crane, Simon, Clar & Dan<br>135 S. LaSalle, Ste. 3705<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200<br>Legal Expenses | Administrative<br>06/01/15 | | $1,718.56<br>$1,718.56 | $0.00 | $1,718.56 |
| | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2207<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 100 | Administrative<br>06/01/15 | | $3,789.50<br>$3,789.50 | $0.00 | $3,789.50 |
| 1 | Kathy A. Hanson<br>Douglas A Hanson<br>180 North Stetson Avenue,Suite 3700<br>Chicago, IL 60601<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $2016.49 Less Taxes = Net $2016.49] | Priority<br>06/23/15 | | $2,016.49<br>$2,016.49 | $0.00 | $2,016.49 |

# Exhibit C

## Analysis of Claims Register

**Case:** 15-19208         **MAINE CENTER, INC.**

Claims Bar Date: 10/13/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Dragona Trivanovic<br>814 Forestview<br>Park Ridge, IL 60068<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $3464.61 Less Taxes = Net $3464.61] | Priority<br>08/26/15 | | $3,464.61<br>$3,464.61 | $0.00 | $3,464.61 |
| 6 | David Billingham<br>4023 N Leclaire Ave<br>Chicago, IL 60641-1435<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $8275.43 Less Taxes = Net $8275.43] | Priority<br>10/01/15 | | $8,275.43<br>$8,275.43 | $0.00 | $8,275.43 |
| 7 | Susan L Plummer<br>322 Concord Square<br>Gurnee, IL 60031<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $3602.81 Less Taxes = Net $3602.81] | Priority<br>10/09/15 | | $3,602.81<br>$3,602.81 | $0.00 | $3,602.81 |
| 8P | Hook Hume, Frances L<br>2840 Duffy Lane<br>Riverwoods, IL 60015<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $3388.00 Less Taxes = Net $3388.00] | Priority<br>10/13/15 | | $3,388.00<br>$3,388.00 | $0.00 | $3,388.00 |
| 11 | Illinois Department of Employment Security<br>33 S. State St., 10th Floor<br>Chicago, IL 60603<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>03/01/16 | | $44,022.10<br>$44,022.10 | $0.00 | $44,022.10 |
| 2 -2 | Patterson Office Supplies Inc<br>PO Box 9009<br>Champaign, IL 61826<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>MEMO: 10/14/2015 Amendment 2-2 imported by DRK; original claim didn't exist<br>-------------------------------------------------------------------------------* * * | Unsecured<br>07/21/15 | | $34.04<br>$34.04 | $0.00 | $34.04 |

# Exhibit C
## Analysis of Claims Register

**Case:** 15-19208  **MAINE CENTER, INC.**

Claims Bar Date: 10/13/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Walgreens/C&M Pharmacy<br>4339 Di Paolo Center Drive<br>Glenview, IL 60025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/17/15 | | $1,470.79<br>$1,470.79 | $0.00 | $1,470.79 |
| 5 | Sanofi Pasteur Inc<br>attn: Chris Ferner<br>Discovery Dr<br>Swiftwater, PA 18370<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/18/15 | | $504.73<br>$504.73 | $0.00 | $504.73 |
| 8U | Hook Hume, Frances L<br>2840 Duffy Lane<br>Riverwoods, IL 60015<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/13/15 | | $9,953.00<br>$9,953.00 | $0.00 | $9,953.00 |
| 9 | Hook Hume, Frances L<br>2840 Duffy Lane<br>Riverwoods, IL 60015<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/13/15 | | $68,500.00<br>$68,500.00 | $0.00 | $68,500.00 |
| 10 | Philadelphia Indemnity Insurance Company<br>TMNA Services LLC,Attn: Nora Howard,3 Bala Plaza East Suite 400<br>Bala Cynwyd, PA 19004<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/13/15 | | $25,351.00<br>$25,351.00 | $0.00 | $25,351.00 |
| | | | **Case Total:** | | **$0.00** | **$295,049.98** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-19208
Case Name: MAINE CENTER, INC.
Trustee Name: Eugene Crane

**Balance on hand:** $ 69,465.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 69,465.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 26,524.42 | 0.00 | 14,400.15 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 92,084.50 | 0.00 | 49,992.81 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 1,718.56 | 0.00 | 933.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3,789.50 | 0.00 | 3,789.50 |

Total to be paid for chapter 7 administrative expenses: $ 69,465.46
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $64,769.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Kathy A. Hanson | 2,016.49 | 0.00 | 0.00 |
| 3 | Dragona Trivanovic | 3,464.61 | 0.00 | 0.00 |
| 6 | David Billingham | 8,275.43 | 0.00 | 0.00 |
| 7 | Susan L Plummer | 3,602.81 | 0.00 | 0.00 |
| 8P | Hook Hume, Frances L | 3,388.00 | 0.00 | 0.00 |
| 11 | Illinois Department of Employment Security | 44,022.10 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,813.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 -2 | Patterson Office Supplies Inc | 34.04 | 0.00 | 0.00 |
| 4 | Walgreens/C&M Pharmacy | 1,470.79 | 0.00 | 0.00 |
| 5 | Sanofi Pasteur Inc | 504.73 | 0.00 | 0.00 |
| 8U | Hook Hume, Frances L | 9,953.00 | 0.00 | 0.00 |
| 9 | Hook Hume, Frances L | 68,500.00 | 0.00 | 0.00 |
| 10 | Philadelphia Indemnity Insurance Company | 25,351.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**