IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

MAINE CENTER, INC.,

        Debtor.

Chapter 7
Case No. 15-19208
Judge Pamela S. Hollis

## <u>CERTIFICATE OF SERVICE</u>

STATE OF ILLINOIS    )
                          )
COUNTY OF COOK    )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 26th day of March, 2019, before the hour of 5:00 p.m.

                                 /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

***Parties Served electronically:***
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Gus A Paloian
Seyfarth Shaw LLP
131 S. Dearborn Street Suite 2400
Chicago, IL 60606

***Served Via U.S. Mail***

AIS
6428 Joliet Road, Suite 100
LaGrange, IL 60525-4687

AT&T
PO Box 5080
Carol Stream, IL 60197-5080

AYS Dispatch
PO Box 18121
Chicago, IL 60618-0121

Access One
820 W. Jackson Blvd.
Sixth Floor
Chicago, IL 60607-3057

Aerex
4301 Wilmette Avenue
Rolling Meadows, IL 60008-1141

Affordable Plowing
568 Lincoln Avenue
Des Plaines, IL 60018-1474

Albertsons (Jewel)
PO Box 20
Boise, ID 83725-0001

American Messaging
1720 Lakepoint Drive
Suite 100
Lewisville, TX 75057-6425

Barry Associates
PO Box 3069
Chapel Hill, NC 27515-3069

David Billingham LCSW
4023 N. LeClaire Avenue
Chicago, IL 60641-1435

Tiffany Burgess
1375 Fargo Avenue, Unit E
Des Plaines, IL 60018-2991

Business Forms of America
1400 N. Northwest Hwy
Park Ridge, IL 60068-1310

CDW
75 Remittance Drive
Suite 1515
Chicago, IL 60675-1515

CMS Local Government
Health Plan AR Shared Service Center CMS
Acct.REC
PO Box 7199
Springfield, IL 62791-7199

COTG
2 Territorial Court
Bolingbrook, IL 60440-3558

Capadona Law Firm, Ltd.
360 W. Butterfield Road, Suite 300
Elmhurst, IL 60126-5040

Chase
PO Box 6026
Mailcode IL1-0054
Chicago, IL 60680-6026

Jill Chasnov
4160 Ridgeland Lane
Northbrook, IL 60062-4935

Colonial
PO Box 2357
Des Plaines, IL 60017-2357

ComEd
3 Lincoln Center
Attn: Bankruptcy Group
    Claims Department
Oakbrook Terrace, Il 60181-4204

Craig & Associates
300 Dundee Road
Suite 321
Northbrook, IL 60062

DP Chamber
1401 E. Oakton
Des Plaines, IL 60018-2171

Dex
c/o JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904-8713

Dragona Trivanovic
814 Forestview
Park Ridge, IL 60068-2110

Deanne Dreschler
122 S. East Avenue, Unit GN
Oak Park, IL 60302-2960

Susan Easter
8306 Grand
River Grove, IL 60171-1440

Amanda Elliott
1211 Evergreen Avenue
Des Plaines, IL 60016-4397

Emdeon
3055 Lebanon Pike
Suite 1000
Nashville, TN 37214-2239

First Midwest Bank
PO Box 565
Joliet, IL 60434-0565

First Midwest Bank
Special Assets
One Pierce Place, Suite 1500
Itasca, IL 60143-1254

Ilene Fortin
10315 Lyndale, Apt. B107
Melrose Park, IL 60164-1942

HR Direct gNeil
PO Box 451179
Fort Lauderdale, FL 33345-1179

Kathy Hanson
218 N. Merrill
Park Ridge, IL 60068-3526

Hartford Insurance
PO Box 660916
Dallas, TX 75266-0916

Heartland Alliance
208 S. LaSalle Street
Suite 1300
Chicago, IL 60604-1286

Frances Hook-Hume
2840 Duffy Lane
Deerfield, IL 60015-1641

IC Systems
PO Box 64808
Saint Paul, MN 55164-0808

Illinois Dept. of Revenue
Bankruptcy Unit Level 7-425
100 W. Randolph Street
Chicago, IL 60601

IL Dept. of Employment Security
33 S. State St., 10th Floor
Chicago, IL 60603

Illinois Dept. Of Human Services
100 South Grand Avenue East
Springfield, IL 62762-1000

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Martina Charlotte Jonsson
1648 N. Wolcott Ave, Apt. 1F
Chicago, IL 60622-1322

Kathy Hanson
Douglas Hanson
180 North Stetson Avenue, Suite 3700
Chicago, IL 60601-6701

Kiwanis
PO Box 249
Park Ridge, IL 60068-0249

Koral Maintenance
2016 Sullivan Ct.
Chicago, IL 60656

Dr. Don Koziol
1300 Somerset Drive
Glenview, IL 60025-3155

Lorenzos Landscaping
P O Box 2765
Des Plaines, IL 60017-2765

Macke Water
PO Box 545
Wheeling, IL 60090-0545

Madey Cleaning Solutions
2416 Delta Lane
Elk Grove Village, IL 60007-6303

Mail Finance
25881 Network Place
Chicago, IL 60673-1258

Martin Maxwell
427 Sherman Avenue
Evanston, IL 60202-2871

Medicine Shoppe
110 Main Street
Park Ridge, IL 60068-4030

Medtox
PO Box 8107
Burlington, NC 27216-8107

Metropolitan Water
Lockbox 98429
Chicago, IL 60693-8429

Nicor
PO Box 5407
Carol Stream, IL 60197-5407

PR Chamber
720 Garden Street
Park Ridge, IL 60068-4026

PR Taxi
17 W. 366 Elm Place
Villa Park, IL 60181-4406

Patterson Office Supplies,Inc.
PO Box 9009
Champaign, IL 61826-9009

Philadephia Indemnity Insurance
TMNA Services LLC
Attn: Nora Howard
3 Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004-3409

Philadephia Insurance Companies
PO Box 70251
Philadephia, PA 19176-0251

Susan Plummer
322 Concord Square
Gurnee, IL 60031-3208

Quest
12989 Collect NS Ctr Drive
Chicago, IL 60693-0129

Quill
PO Box 37600
Philadelphia, PA19101-0600

Rasheed Ahmed
Shanaz K. Ahmed
772 Citadel Court
Des Plaines, IL 60016-6489

Republic Services
PO Box 9001154
Louisville, KY 40290-1154

Lauren Hillary Rzepka
787 S. Vail Street
Arlington Heights, IL 60005-2537

Total Fire and Safety
6808 Hobson Valley Drive
#105
Woodridge, IL 60517-1449

US Bank
1310 Madrid Street, Suite 101
Marshall, MN 56258-4002

Erika Vannerson
631 Busse Highway
Apt. 2B
Park Ridge, IL 60068-2524

Walgreens/C&M Pharmacy
4339 Di Paolo Center Drive
Glenview, IL 60025-5202

Janet Weil
5448 East View Park
Chicago, IL 60615-5929

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern  DIVISION**

In re: MAINE CENTER, INC.                    §          Case No. 15-19208
                                             §
                                             §
                                             §
              Debtor(s)

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Eugene Crane, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Courtroom

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/02/2019 in Courtroom 644, Dirksen Federal  Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/26/2019                    By: /s/ Eugene Crane

                                                            Trustee

Eugene Crane
135 S. La Salle Street
Suite 3705
Chicago, IL 60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re:MAINE CENTER, INC.  §  Case No. 15-19208
  §
  §
  §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of :* | $ 465,488.45 |
| *and approved disbursements of:* | $ 396,022.99 |
| *leaving a balance on hand of[1]:* | $ 69,465.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 69,465.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 26,524.42 | 0.00 | 14,400.15 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 92,084.50 | 0.00 | 49,992.81 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 1,718.56 | 0.00 | 933.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3,789.50 | 0.00 | 3,789.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ 69,465.46 |
| Remaining balance: | $ 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $64,769.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kathy A. Hanson | 2,016.49 | 0.00 | 0.00 |
| 3 | Dragona Trivanovic | 3,464.61 | 0.00 | 0.00 |
| 6 | David Billingham | 8,275.43 | 0.00 | 0.00 |
| 7 | Susan L Plummer | 3,602.81 | 0.00 | 0.00 |
| 8P | Hook Hume, Frances L | 3,388.00 | 0.00 | 0.00 |
| 11 | Illinois Department of Employment Security | 44,022.10 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $105,813.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | Patterson Office Supplies Inc | 34.04 | 0.00 | 0.00 |
| 4 | Walgreens/C&M Pharmacy | 1,470.79 | 0.00 | 0.00 |
| 5 | Sanofi Pasteur Inc | 504.73 | 0.00 | 0.00 |
| 8U | Hook Hume, Frances L | 9,953.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Hook Hume, Frances L | 68,500.00 | 0.00 | 0.00 |
| 10 | Philadelphia Indemnity Insurance Company | 25,351.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By: /s/ Eugene Crane
_____
Trustee

Eugene Crane
135 S. La Salle Street
Suite 3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**